UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                      CASE NO.  2:15-cr-67-FtM-38MRM

ROGER EUGENE HAGOOD
_____

## FORFEITURE MONEY JUDGMENT

The United States moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment in the amount of $677,722.00 against defendant Roger Eugene Hagood, which upon entry will be a final order of forfeiture as to the defendant.  The $677,722.00 represents the proceeds he obtained as a result of the bank fraud offenses to which the defendant pled guilty.

The defendant pled guilty and was adjudged guilty of the bank fraud offenses in violation of 18 U.S.C. § 1344, as charged in Counts One, Six, Ten, and Thirteen of the Indictment.  As a result of these offenses, the defendant obtained proceeds in the amount of $677,722.00.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is further **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Roger Eugene Hagood is liable to the United States of America for a forfeiture money judgment in the amount of $677,722.00, representing the amount of

proceeds he obtained as a result of the bank fraud offenses, in violation of 18 U.S.C. § 1344, as charged in Counts One, Six, Ten, and Thirteen of the Indictment.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to satisfy the defendant's money judgment.

**DONE and ORDERED** in Fort Myers, Florida on this 3rd day of February, 2016.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record